ORCUTT *v.* CORRECTIONS DEPARTMENT.

STATES—CLAIMS AGAINST STATE—PRISON INMATES.

>   A claim for damages against the State not made nor notice of
>   intention to file claim given in accordance with pertinent section
>   of court of claims act, does not entitle the plaintiff to relief
>   for personal injuries arising out of assault upon him by a
>   fellow prisoner (CL 1948, § 691.111a).

Appeal from Court of Claims; Quinn (Timothy C.), J., presiding. Submitted January 5, 1961. (Docket No. 37, Calendar No. 48,747.) Decided February 28, 1961.

Gordon Orcutt filed his claim against the State of Michigan and its Corrections Department for personal injuries arising from assault. Claim dismissed. Plaintiff appeals. Affirmed.

*Charfoos & Charfoos* (*Lawrence S. Charfoos,* of counsel), for plaintiff.

*Paul L. Adams,* Attorney General, *Samuel J. Torina,* Solicitor General, *Russell A. Searl* and *Hugh B. Anderson,* Assistant Attorneys General, for defendants.

PER CURIAM. Action in court of claims for damages for personal injuries arising out of an assault

---

REFERENCES FOR POINTS IN HEADNOTES

41 Am Jur, Prisons and Prisoners § 20.
Liability of State for death or injury to prisoner. 46 ALR 94, 104, 61 ALR 569.

upon plaintiff by a fellow prisoner. No claim for such injury having been made, nor notice of intention to file claim given, in accordance with section 11a of the court of claims act, CL 1948, § 691.111a (Stat Ann 1959 Cum Supp § 27.3548 [11–1/2]), the dismissal is affirmed without ruling upon other issues presented.

Dethmers, C. J., and Carr, Kelly, Smith, Black, Edwards, Kavanagh, and Souris, JJ., concurred.